

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELDON B. ANTER | : | DOCKET NO. 2:12-0076 |
| | | Section P |
| VS. | : | JUDGE HAIK |
| ATTORNEY GENERAL ERIC HOLDER, JR. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition is **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1st day of June, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE